```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 09 B 00240
   RAUL M ALFARO JR
   GABRIELA M ALFARO                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8819     SSN XXX-XX-7038

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/06/09 .

     2.  The case was dismissed without confirmation, 03/06/2009.

-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00             .00           .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE   NOT FILED             .00           .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED             .00           .00
BARONS CREDITORS SERVICE UNSECURED       NOT FILED             .00           .00
CAPITAL ONE AUTO FINANCE UNSECURED       NOT FILED             .00           .00
ALLIED COLLECTION SVC    UNSECURED       NOT FILED             .00           .00
MERCHANTS CREDIT GUIDE   UNSECURED       NOT FILED             .00           .00
CONSUMER ADJUSTMENT CO   UNSECURED       NOT FILED             .00           .00
CHASE BANK USA           UNSECURED       NOT FILED             .00           .00
CHASE BANK USA           UNSECURED       NOT FILED             .00           .00
NICOR GAS                UNSECURED       NOT FILED             .00           .00
NATIONAL ASSET MANAGEMEN UNSECURED       NOT FILED             .00           .00
ADVENTISTS               UNSECURED       NOT FILED             .00           .00
CERTIFIED SERVICES INC   UNSECURED       NOT FILED             .00           .00
CHASE BANK USA           UNSECURED       NOT FILED             .00           .00
CITIBANK                 UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK         UNSECURED       NOT FILED             .00           .00
KCA FINANCIAL SERVICES   UNSECURED       NOT FILED             .00           .00
APARTMENT REFLE          UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK         UNSECURED       NOT FILED             .00           .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID

CBUSA                    UNSECURED       NOT FILED             .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED    OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00      .00          .00
PRINCIPAL PAID         .00         .00         .00      .00          .00
INTEREST PAID          .00         .00         .00      .00          .00
TOTAL PAID             .00         .00         .00      .00          .00
The Debtor's attorney, AKRAM ZANYED & ASSOC          , was allowed $   .00
and was paid $        .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/18/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE